UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCARLETT LOPEZ, | No.  2:26-cv-00054-DJC-SCR |
| Plaintiff, | |
| v. | ORDER |
| DAKOTA RAMSEUR, | |
| Defendant. | |

Plaintiff is proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On February 23, 2026, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 4.  Plaintiff has not filed objections to the findings and recommendations.

Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served.  It is the Plaintiff's responsibility to keep the court apprised of her current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed February 23, 2026, are adopted in full;

2.  Plaintiff's Complaint and this action is dismissed without prejudice for failure to state a claim and for failure to comply with the Court's order and Local Rules; and

3.  The Clerk is directed to enter Judgment and close this file.

IT IS SO ORDERED.

Dated:  **March 31, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2